UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 04, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAGDISH SINGH,<br><br>Defendant. | Case No. 2:17-cr-0210-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JAGDISH SINGH__, Case No. __2:17-cr-0210-MCE__ from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __10,000, cosigned by Ranjit Kaur.__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): __Conditions of release stated on the record.__

Issued at Sacramento, California on December 04, 2017 at __2:10 pm__

By: _[signature]_

Magistrate Judge Carolyn K. Delaney